TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00168-CR

Abraham Galvan, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 0951702, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a conviction for burglary. Appellant has filed a motion to
withdraw the appeal. No decision of this Court has been delivered. The motion is granted and
the appeal is dismissed. See Tex. R. App. P. 59(b). 

Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed On Appellant's Motion

Filed: April 10, 1996

Do Not Publish